UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
EMPLOYEE PAINTERS' TRUST, et al.,

Plaintiffs,

v.

EDI INTERNATIONAL LLC, et al.,

Defendants.

C20-141 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 7, is GRANTED, and the following deadlines are EXTENDED:

| | |
|---|---|
| Deadline for filing responsive pleading or motion | May 6, 2020 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | May 13, 2020 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | May 27, 2020 |
| Combined Joint Status Report and Discovery Plan | May 27, 2020 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1