UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
EMPLOYEE PAINTERS' TRUST,
et al.,

        Plaintiffs,

v.

EDI INTERNATIONAL LLC, et al.,

        Defendants.

C20-141 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiffs' unopposed motion,[1] docket no. 9, is GRANTED, and the following deadlines are EXTENDED:

| | |
|---|---|
| Deadline for filing responsive pleading or motion | June 2, 2020 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | June 9, 2020 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | June 23, 2020 |
| Combined Joint Status Report and Discovery Plan | June 23, 2020 |

---

[1] The parties filed a purported "stipulated motion" signed by a "governor" for defendant EDI International LLC, namely Mamadou Leigh, who is also an individual defendant in this matter.  The parties are REMINDED that a business entity may not appear pro se.  *See* Local Civil Rule 83.2(b)(4).  The Court therefore treats the submission as an unopposed motion by plaintiffs.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant Mamadou Leigh at 12221 46th Ave. S., Tukwila, WA 98178.

Dated this 29th day of May, 2020.

                                             William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 2